# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

**-FILED-**

**MAY 14 2025**

At _____
Chanda J. Berta, Clerk — M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Heidi DiAvonne Brown ,
*[You are the PLAINTIFF, print your full name on this line.]*

College v. Ivy Tech Community
South Bend / El Khart ,
*[The DEFENDANT is who you are suing.]*

Case Number _____3:25-cv-428_____
*[For a new case in this court, leave blank.
The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

Education /

# EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 117 N. Lafayette Blvd. South Bend, IN 46601 (mail only)

2. My telephone number is: (574) 900-3815 (web enabled only) (574) 703-8242 (voice mail only)

3. The Defendant's address is: 220 Dean Johnson Blvd. South Bend, Indiana 46601

4. This action is brought for employment discrimination pursuant to:

   ☒ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      *[race, color, gender, religion, national origin]*

   ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ◯ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ☒ Other: Educational Discrimination

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: N/A

6. The date on my Notice of Right to Sue letter is: N/A

7. The date I received my Notice of Right to Sue letter was: N/A

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. ATTACH Ivy Tech community College failed to report certain conduct of falculty and other affiliated personnel related to individuals age, sex, religion or spiritual status.

2.) Ivy Tech Community college used students familial status, and living status as means to determine individuals educational outcome.

3.) Ivy Tech Community College use students non-disclosed criminal background as a means to discriminate against individual.

4.) Ivy Tech Community College failed to produce, enforce, and abide by schools policy regarding personal protected information.

5.) Ivy Tech Community college, blantantly discriminated against individual based on race, ethnical background, educational background, dwelling / living circustances. and tried to cover it up. utilizing other agencies, affiliates, and personnel.

6.) Ivy Tech Community college utilized educational courses to discredit student skill set, and my personal business endeavors.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 12/23)

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Plaintiff seeks the price of an adequate education and or educational institute. Monetary gains including loans awarded while in attendence. Plaintiff also seeks the ~~maximum~~ maximum monies allotted by the federal courts.

**DOCUMENTS** – I have attached a copy of the following documents:

☒ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

◯ Notice of Right to Sue letter

☒ Other: ~~Bar~~ Borrowers Defense claim

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

HYB  I will keep a copy of this complaint for my records.

HYB  I will promptly notify the court of any change of address.

HYB  I declare **under penalty of perjury** that the statements in this complaint are true.

_____    5/14/2025
Signature                                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]